## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAVON DAVIS | CIVIL ACTION |
| VERSUS | NO. 24-1922 |
| LAFOURCHE PARISH CRIMINAL COMPLEX | SECTION "D"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, [1] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Javon Davis's 42 U.S.C. § 1983 claims against defendants Lafourche Parish Correctional Complex, Sheriff Webber, and Deputy Alex are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 31st day of October, 2024.

*Wendy B. Vitter*
**Wendy B. Vitter**
**UNITED STATES DISTRICT JUDGE**

---

[1] Objections were due October 15, 2024. As of the date of this Order, no objections have been filed.